1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   DON SPRINGMEYER, ESQ.
2  Nevada Bar No. 1021
   DANIEL BRAVO, ESQ.
3  Nevada Bar No. 13078
   3556 E. Russell Road, Second Floor
4  Las Vegas, Nevada 89120
   (702) 341-5200 / Fax: (702) 341-5300
5  dspringmeyer@wrslawyers.com
   dbravo@wrslawyers.com

*(Additional Counsel on Signature Page)*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE PETTY, | Case No: 2:18-cv-0352-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BLUE SKIES GROUP, LLC, BLUE SKIES AVIATION GROUP HOLDINGS LLC, STEPHEN WILL ASHCROFT, AND ROBERT CAPUTO TO FILE AN ANSWER OR RESPONSIVE PLEADING** |
| BLUE SKIES GROUP, LLC; BLUE SKIES AVIATION GROUP HOLDINGS LLC; STEPHEN WILL ASHCROFT; and ROBERT CAPUTO, | |
| Defendants. | **(First Request)** |

Pursuant to LR II 7-1, the parties hereby jointly stipulate to extend the time in which Defendants BLUE SKIES GROUP, LLC, BLUE SKIES AVIATION GROUP HOLDINGS LLC, STEPHEN WILL ASHCROFT, and ROBERT CAPUTO may file an answer or a motion under Rule 12.

Plaintiff contends that BLUE SKIES GROUP, LLC was served on March 6, 2018, although Defendants dispute that service date (as well as the propriety of the forum, as an arbitration clause exists in the relevant contract). Defendants do not dispute that Defendant STEPHEN WILL ASHCROFT was served on March 29, 2018 and that Defendant ROBERT CAPUTO was served on March 28, 2018. Based upon the disputed service date, the deadline for

1  BLUE SKIES GROUP, LLC to file an answer or a motion under Rule 12 was March 27, 2018,
2  and the parties agree that all defendants may have sixty-five (65) days from that date, up to and
3  including May 31, 2018 in which to file a response. The additional time is requested so that the
4  parties can schedule and conduct a mediation before responsive pleadings are due. Per LR IA 6-
5  1, excusable neglect exists for the failure of the parties to file this stipulation prior to March 27,
6  2018, both due to the dispute over service and the ongoing discussions in which the parties
7  eventually agreed to mediate before incurring the costs of continued litigation.
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

This is the first request for an extension of time to file an answer or a motion under Rule 12.

RESPECTFULLY SUBMITTED,

DATED this 4th day of April, 2018.

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP** |
| By: _/s/ Daniel Bravo_<br>Don Springmeyer, Esq. (SBN 1021)<br>Daniel Bravo, Esq. (SBN 13078)<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br>(702) 341-5200 / Fax: (702) 341-5300<br>dspringmeyer@wrslawyers.com<br>dbravo@wrslawyers.com | By: _/s/ Sheri Thome_<br>Sheri Thome, Esq. (SBN 8657)<br>300 South Fourth Street, Suite 1100<br>Las Vegas, Nevada 89101<br>(702) 727-1400 / Fax: (702) 727-1401<br>Sheri.Thome@wilsonelser.com |
| Warren T. Burns, Esq. *(Pro Hac to be Submitted)*<br>LeElle Krompass, Esq. *(Pro Hac to be Submitted)*<br>Mallory Biblo, Esq. *(Pro Hac to be Submitted)*<br>**BURNS CHAREST LLP**<br>5900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br>lkrompass@burnscharest.com<br>mbiblo@burnscharest.com | Jonathan P. Whitcomb, Esq. *(Pro Hac to be Submitted)*<br>**DISERIO MARTIN**<br>One Atlantic Street<br>Stamford, CT 06901<br>(203) 358-0800 / Fax: (203) 559-7146<br>jwhitcomb@dmoc.com<br><br>*Attorneys for Defendants Blue Skies Group, LLC, Stephen Will Ashcroft, and Robert Caputo* |
| Korey A. Nelson, Esq. *(Pro Hac to be Submitted)*<br>**BURNS CHAREST LLP**<br>365 Canal Street, Suite 1170<br>New Orleans, Louisiana 70130<br>Telephone: (504) 799-2845<br>Facsimile: (504) 881-1765<br>knelson@burnscharest.com<br><br>*Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____George Foley Jr._____
United States District Judge or Magistrate Judge

DATED: 4-5-2018

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2018, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS BLUE SKIES GROUP, LLC, BLUE SKIES AVIATION GROUP HOLDINGS LLC, STEPHEN WILL ASHCROFT, AND ROBERT CAPUTO TO FILE AN ANSWER OR RESPONSIVE PLEADING** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP