| | |
|---|---|
| 1 | **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**<br>DON SPRINGMEYER, ESQ. |
| 2 | Nevada Bar No. 1021<br>DANIEL BRAVO, ESQ. |
| 3 | Nevada Bar No. 13078<br>3556 E. Russell Road, Second Floor |
| 4 | Las Vegas, Nevada 89120<br>(702) 341-5200 / Fax: (702) 341-5300 |
| 5 | dspringmeyer@wrslawyers.com<br>dbravo@wrslawyers.com |
| 6 | |
| 7 | *(Additional Counsel on Signature Page)* |
| | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMIE PETTY, | | Case No.: 2:18-cv-0352-RFB-GWF |
| | Plaintiff, | |
| vs. | | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF JAMIE PETTY TO FILE AN OPPOSITION TO MOTION TO STAY OR DISMISS AND COMPEL ARBITRATION** |
| BLUE SKIES GROUP, LLC; BLUE SKIES AVIATION GROUP HOLDINGS LLC; STEPHEN WILL ASHCROFT; and ROBERT CAPUTO, | | |
| | Defendants. | **(First Request)** |

Pursuant to LR II 7-1, the parties hereby jointly stipulate to extend the time in which Plaintiff JAMIE PETTY may file an opposition to the Motion to Stay or Dismiss and Compel Arbitration filed on May 31, 2018 by Defendants BLUE SKIES GROUP, LLC, BLUE SKIES AVIATION GROUP HOLDINGS LLC, STEPHEN WILL ASHCROFT, and ROBERT CAPUTO.

Based upon the date of filing, the deadline for Plaintiff to file an opposition is June 14, 2018, and the parties agree that Plaintiff may have thirty (30) days from that date, up to and including July 16, 2018 in which to file an opposition. Further, Defendants were given a lengthy extension to file an answer or a motion under Rule 12.

///

This is the first request for an extension of time to file an opposition to the Motion to Stay or Dismiss and Compel Arbitration.

RESPECTFULLY SUBMITTED,

DATED this 14th day of June, 2018.

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **HOLLAND & HART LLP** |
| By: */s/ Don Springmeyer* <br> Don Springmeyer, Esq. (SBN 1021) <br> Daniel Bravo, Esq. (SBN 13078) <br> 3556 E. Russell Road, Second Floor <br> Las Vegas, Nevada 89120 <br> (702) 341-5200 / Fax: (702) 341-5300 <br> dspringmeyer@wrslawyers.com <br> dbravo@wrslawyers.com <br><br> Warren T. Burns, Esq. *(Admitted Pro Hac)* <br> LeElle Krompass, Esq. *(Admitted Pro Hac)* <br> Mallory Biblo, Esq. *(Admitted Pro Hac)* <br> **BURNS CHAREST LLP** <br> 5900 Jackson Street, Suite 500 <br> Dallas, Texas 75202 <br> Telephone: (469) 904-4550 <br> Facsimile: (469) 444-5002 <br> wburns@burnscharest.com <br> lkrompass@burnscharest.com <br> mbiblo@burnscharest.com <br><br> Korey A. Nelson, Esq. *(Admitted Pro Hac)* <br> **BURNS CHAREST LLP** <br> 365 Canal Street, Suite 1170 <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 799-2845 <br> Facsimile: (504) 881-1765 <br> knelson@burnscharest.com <br><br> *Attorneys for Plaintiff Jamie Petty* | By: */s/ Bryce K. Kunimoto* <br> Bryce K. Kunimoto, Esq. (SBN 7781) <br> Robert J. Cassity, Esq. (SBN 9779) <br> David J. Freeman, Esq. (SBN 10045) <br> **HOLLAND & HART LLP** <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> (702) 222-2542 / Fax: (702) 669-4650 <br> bkunimoto@hollandhart.com <br> bcassity@hollandhart.com <br> dfreeman@hollandhart.com <br><br> *Attorneys for Defendants Blue Skies Group, LLC, Blue Skies Aviation Group Holdings, LLC, Stephen Will Ashcroft, and Robert Caputo* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: June 15, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2018, a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF JAMIE PETTY TO FILE AN OPPOSITION TO MOTION TO STAY OR DISMISS AND COMPEL ARBITRATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP