1  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
   DON SPRINGMEYER, ESQ.
2  Nevada Bar No. 1021
   DANIEL BRAVO, ESQ.
3  Nevada Bar No. 13078
4  3556 E. Russell Road, Second Floor
   Las Vegas, Nevada 89120
5  (702) 341-5200 / Fax: (702) 341-5300
   dspringmeyer@wrslawyers.com
6  dbravo@wrslawyers.com

7  *(Additional Counsel on Signature Page)*

8  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE PETTY, | Case No.: 2:18-cv-0352-RFB-GWF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER TO 1) WITHDRAW PENDING MOTION TO STAY OR DISMISS AND COMPEL ARBITRATION; 2) VACATE HEARING; AND 3) FOR TEMPORARY STAY OF PROCEEDINGS** |
| BLUE SKIES GROUP, LLC; BLUE SKIES AVIATION GROUP HOLDINGS LLC; STEPHEN WILL ASHCROFT; and ROBERT CAPUTO, | |
| Defendants. | |

Plaintiff, Jamie Petty ("Mr. Petty" or "Plaintiff"), and Defendants, Blue Skies Group, LLC, Blue Skies Aviation Group Holdings LLC, Stephen Will Ashcroft, and Robert Caputo (collectively, "Defendants"), by and through their respective counsel of record, hereby agree to the stipulations below.

WHEREAS, on February 26, 2018, Plaintiff filed a complaint in this matter now pending before this Court as Case No. 2:18-cv-0352-RFB-GWF (the "Litigation"). *See* ECF No. 1.

WHEREAS, on May 31, 2018, Defendants filed a motion to stay or dismiss and compel arbitration. *See* ECF No. 21.

WHEREAS, on July 16, 2018, Plaintiff filed a response to Defendants' motion to stay or

dismiss and compel arbitration, wherein Plaintiff states that, Plaintiff "does not oppose staying this case until a panel of arbitrators determines the arbitrability of Plaintiff's claims under the Operating Agreement or otherwise." *See* ECF No. 25.

WHEREAS, on January 4, 2019, this Court ordered the parties to appear at a hearing, currently set for February 26, 2019, regarding Defendants' motion to stay or dismiss and compel arbitration. *See* ECF No. 26.

WHEREAS, the parties have agreed that this case be stayed until a panel of arbitrators determines the arbitrability of Plaintiff's claims under the Operating Agreement or otherwise, and once the panel issues a ruling, the parties will notify the Court of such ruling.

**THEREFORE**, the parties stipulate and agree that:

A. Defendants shall **withdraw** the pending motion to stay or dismiss and compel arbitration (ECF No. 21);

B. The parties request that the Court **vacate** the presently-scheduled hearing on Defendants' motion to stay or dismiss and compel arbitration (ECF No. 21), currently set for **February 26, 2019**; and

C. The parties request that the Court enter a temporary **stay** in this matter until resolution of the arbitration proceedings.

IT IS SO STIPULATED.

DATED this 11th day of January, 2019.

| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **HOLLAND & HART LLP** |
|---|---|
| By: */s/ Don Springmeyer* <br> Don Springmeyer, Esq. (SBN 1021) <br> Daniel Bravo, Esq. (SBN 13078) <br> 3556 E. Russell Road, Second Floor <br> Las Vegas, Nevada 89120 <br> (702) 341-5200 / Fax: (702) 341-5300 <br> dspringmeyer@wrslawyers.com <br> dbravo@wrslawyers.com <br><br> Warren T. Burns, Esq. *(Admitted Pro Hac)* <br> LeElle Krompass, Esq. *(Admitted Pro Hac)* | By: */s/ David J. Freeman* <br> Bryce K. Kunimoto, Esq. (SBN 7781) <br> Robert J. Cassity, Esq. (SBN 9779) <br> David J. Freeman, Esq. (SBN 10045) <br> **HOLLAND & HART LLP** <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> (702) 222-2542 / Fax: (702) 669-4650 <br> bkunimoto@hollandhart.com <br> bcassity@hollandhart.com <br> dfreeman@hollandhart.com |

| | |
|---|---|
| Mallory Biblo, Esq. *(Admitted Pro Hac)*<br>**BURNS CHAREST LLP**<br>5900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br>lkrompass@burnscharest.com<br>mbiblo@burnscharest.com | *Attorneys for Defendants Blue Skies Group, LLC,*<br>*Blue Skies Aviation Group Holdings LLC, Stephen*<br>*Will Ashcroft, and Robert Caputo* |

Korey A. Nelson, Esq. *(Admitted Pro Hac)*
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

*Attorneys for Plaintiff Jamie Petty*

## **ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: January 14, 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2019, a true and correct copy of **JOINT STIPULATION AND ORDER TO 1) WITHDRAW PENDING MOTION TO STAY OR DISMISS AND COMPEL ARBITRATION; 2) VACATE HEARING; AND 3) FOR TEMPORARY STAY OF PROCEEDINGS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP