**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No. 1021
DANIEL BRAVO, ESQ.
Nevada Bar No. 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200 / Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
dbravo@wrslawyers.com

*(Additional Counsel on Signature Page)*

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE PETTY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BLUE SKIES GROUP, LLC; BLUE SKIES AVIATION GROUP HOLDINGS LLC; STEPHEN WILL ASHCROFT; and ROBERT CAPUTO,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-0352-RFB-EJY<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between parties, Plaintiff, Jamie Petty, and Defendants Blue Skies Group, LLC; Blue Skies Aviation Group Holdings LLC; Stephen Will Ashcroft; and Robert Caputo, by and through their undersigned counsel of record, that the above-captioned action (including all claims and all counterclaims) are hereby dismissed with prejudice. Both the Plaintiff and the Defendants shall bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED,

DATED this 1st day of May, 2020.

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**<br><br>By: */s/ Mallory Biblo*<br>Don Springmeyer, Esq. (SBN 1021)<br>Daniel Bravo, Esq. (SBN 13078)<br>3556 E. Russell Road, Second Floor<br>Las Vegas, Nevada 89120<br>(702) 341-5200 / Fax: (702) 341-5300<br>dspringmeyer@wrslawyers.com<br>dbravo@wrslawyers.com<br><br>Warren T. Burns, Esq. *(Admitted Pro Hac)*<br>Mallory Biblo, Esq. *(Admitted Pro Hac)*<br>LeElle Slifer, Esq. *(Admitted Pro Hac)*<br>**BURNS CHAREST LLP**<br>5900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br>lslifer@burnscharest.com<br>mbiblo@burnscharest.com<br><br>Korey Nelson. Esq. *(Admitted Pro Hac)*<br>**BURNS CHAREST LLP**<br>356 Canal Street<br>New Orleans, Lousiana 70130<br>Telephone: (504) 799-2845<br>knelson@burnscharest.com<br><br>*Attorneys for Plaintiff Jamie Petty* | **HOLLAND & HART LLP**<br><br>By: */s/ David J. Freeman*<br>Bryce K. Kunimoto, Esq. (SBN 7781)<br>Robert J. Cassity, Esq. (SBN 9779)<br>David J. Freeman, Esq. (SBN 10045)<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134<br>(702) 222-2542 / Fax: (702) 669-4650<br>bkunimoto@hollandhart.com<br>bcassity@hollandhart.com<br>dfreeman@hollandhart.com<br><br>*Attorneys for Defendants Blue Skies Group, LLC, Blue Skies Aviation Group Holdings LLC, Stephen Will Ashcroft, and Robert Caputo* |

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, a true and correct copy of the above and foregoing was electronically filed and served on all counsel of record who have appeared in this case via the Court's CM/ECF system.

/s/ Mallory Biblo
Mallory Biblo